ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# UNITED STATES DISTRICT COURT

District of Hawaii

SEP 22 2006

at 4 o'clock and 05 min P M
SUE BEITIA, CLERK

— C (CHARLES) KAUI JOCHANAN
AMSTERDAM
Candidate for US Senate
Plaintiff.

V.

— Dwayne D Yoshina, Chief
Election Officer for the
State of Hawaii
— Attorney General
Mark Bennett
Attorney General Office
State of Hawaii
Defendants.

~~Amend~~ SUMMONS IN A CIVIL ACTION

CASE NUMBER: CV06  00519 HG BMK

ALL NAMED DEFENDANTS

TO: (Name and address of Defendant)

— Attorney General Office
Mark Bennett
Attorney General
425 Queen St., 1st floor
Honolulu, HI 96813

— Dwayne D. Yoshina
Chief Election Officer
Elections Office
802 Lehua Avenue
Pearl City, Hawaii 96782

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C (CHARLES) KAUI JOCHANAN AMSTERDAM
1415 Pensacola St. #12
Honolulu, HI 96822

an answer to the complaint which is served on you with this summons, within ____90____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SUE BEITIA

CLERK

(By) DEPUTY CLERK

SEP 2 2 2006

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                Signature of Server

                                 _____
                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.