IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

ORIGINAL
hand delivered

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 22 2006
at 3 o'clock and 50 min P
SUE BEITIA, CLERK

C (CHARLES) KAUI JOCHANAN AMSTERDAM
Candidate for the US Senate
(808)(650-4994)  Plaintiff

vs

Dwayne D YOSHINA
Election Officer for the
State of Hawaii,

MARK BENNETT
Attorney General
Attorney General office,
State of Hawaii
                    Defendants

CV06 00519 HG BMK

NOTICE OF MOTION
FOR INJUNCTION;

## NOTICE OF MOTION FOR INJUNCTION

Notice is hereby given that the Plaintiff C (CHARLES) KAUI JOCHANAN AMSTERDAM presents notice of motion for injunction before the Judge of the United States District Court, District of Hawaii and notice to the above Defendants due to the immediate nature of Complaint, COMPLAINT CONTESTING THE ELECTIONS PROCEDURES IN HAWAII OF 2006 IN VIOLATION OF FAIR ELECTIONS, VOTING, AND CIVIL RIGHTS OF US SENATE CANDIDATE C (CHARLES) KAUI JOCHANAN AMSTERDAM AND RESULTING UNFAIR, DISADVANTAGED, AND DETRIMENTAL IMPACTS, WITH SUCH INJUNCTION Being placed on the Primary Elections       in Hawaii in order that this complaint can be satisfactorily addressed and fairly

resolved.

Dated: Honolulu, Hawaii September 22, 2006

C. Kaui Jochanan Amsterdam
C. Kaui Jochanan Amsterdam
US Senate Candidate
Pro Se