**SAMPLE BALLOT / OFFICIAL PRIMARY BALLOT CARD: SAMPLE BALLOT**

### DEMOCRATIC PARTY BALLOT (D)
(Purple)

**U.S. Senator**
Vote for Not More than One (1)
- Candidate 1
- Candidate 2

**U.S. Representative**
Vote for Not More than One (1)
- Candidate 1
- Candidate 2

**Governor**
Vote for Not More than One (1)
- Candidate 1
- Candidate 2

**Lieutenant Governor**
Vote for Not More than One (1)
- Candidate 1
- Candidate 2

**State Senator**
Vote for Not More than One (1)
- Candidate 1
- Candidate 2

**State Representative**
Vote for Not More than One (1)
- Candidate 1
- Candidate 2



### REPUBLICAN PARTY BALLOT (R)
(Yellow)

**U.S. Senator**
Vote for Not More than One (1)
- Candidate 1
- Candidate 2

**U.S. Representative**
Vote for Not More than One (1)
- Candidate 1
- Candidate 2

**Governor**
Vote for Not More than One (1)
- Candidate 1
- Candidate 2

**Lieutenant Governor**
Vote for Not More than One (1)
- Candidate 1
- Candidate 2

**State Senator**
Vote for Not More than One (1)
- Candidate 1
- Candidate 2

**State Representative**
Vote for Not More than One (1)
- Candidate 1
- Candidate 2



### NONPARTISAN BALLOT (N)
(Grey)

**U.S. Senator**
Vote for Not More than One (1)
- Candidate 1
- Candidate 2

**U.S. Representative**
Vote for Not More than One (1)
- Candidate 1
- Candidate 2

**Governor**
Vote for Not More than One (1)
- Candidate 1
- Candidate 2

**Lieutenant Governor**
Vote for Not More than One (1)
- Candidate 1
- Candidate 2

**State Senator**
Vote for Not More than One (1)
- Candidate 1
- Candidate 2

**State Representative**
Vote for Not More than One (1)
- Candidate 1
- Candidate 2

### LIBERTARIAN PARTY BALLOT (L)
(Green)

**U.S. Senator**
Vote for Not More than One (1)
- Candidate 1

**U.S. Representative**
Vote for Not More than One (1)
- Candidate 1
- Candidate 2

**Governor**
Vote for Not More than One (1)
- Candidate 1

**Lieutenant Governor**



### GREEN PARTY BALLOT (G)
(Tan)

**U.S. Senator**
Vote for Not More than One (1)
- Candidate 1

**U.S. Representative**
Vote for Not More than One (1)
- Candidate 1
- Candidate 2

**Governor**
Vote for Not More than One (1)
- Candidate 1

**Lieutenant Governor**

