: PRIMARY

STATE HOUSE | McCUL

: visit HONOLULUADVERTISER.COM

EXHIBIT A
OFFICIAL BALLOT ON VOTING DAY

# t you need to know

D

## OFFICIAL PRIMARY BALLOT CARD

TRATION

B          C

**BOARD OF EDUCATION**
First School Board Distri
(City & County of Honolu
6th Departmental School
District Seat
(Windward)
Vote for Not More than One (1)

- DeREGO, Kris
- PENEBACKER, John R.
- VIERLING, PAUL

**No Departmental School
District Residency**
Vote for Not More than Three (3)

- BASS, Michael
- CHING, Darwin L.D.
- GOLOJUCH, Carolyn Martinez
- HOEFT, Henry W., Jr.
- IKEDA, Donna R.
- IWAMOTO, Kim Coco
- KESSLER, Brian
- KIRKPATRICK, Malcolm
- KNUDSEN, Karen
- LEE, Philmund (Phil)
- LINVILLE, Marcia
- McDERMOTT, Bob
- SKILLING, Llam
- STONE, Nancy J. (Pohaku)
- TOM, Terrance W.H.
- TSCHUMY, Ruth
- YAMANE, Brian Y.

### [D]RATIC PARTY BALLOT (D)

**U.S. Senator**
Vote for Not More than One (1)
- AKAKA, Daniel
- CASE, Ed

**U.S. Representative**
Vote for Not More than One (1)
- ABERCROMBIE, Neil
- KAAN, Alexandria

**Governor**
Vote for Not More than One (1)
- AILA, William J., Jr.
- IWASE, Randy
- TANABE, Van K.

**Lieutenant Governor**
Vote for Not More than One (1)
- HENKIN, David L.
- MOOK, Michael (Manu)
- SHIRATORI, Miles
- SOLOMON, Malama

**State Representative**
Vote for Not More than One (1)
- TAKUMI, Roy M.

### LIBERTARIAN PARTY BALLOT (L)
(Green)

**U.S. Senator**
Vote for Not More than One (1)
- MALLAN, Lloyd Jeffrey

**Governor**
Vote for Not More than One (1)
- DANIEL, Ozell

**Lieutenant Governor**
Vote for Not More than One (1)
- ZHAO, Li

### REPUBLICAN PARTY BALLOT (R)
(Yellow )

**U.S. Senator**
Vote for Not More than One (1)
- BEATTY, Mark
- COFFEE, Jerry
- COLLINS, Chas (Akacase)
- FRIEDHEIM, Jay
- PIRKOWSKI, Edward (Eddie)
- TATAII, Steve

**U.S. Representative**
Vote for Not More than One (1)
- HOUGH, Richard (Noah)
- TERRY, Mark

**Governor**
Vote for Not More than One (1)
- BERISH, George L
- LINGLE, Linda
- MANNER, Paul
- PEABODY, George

**Lieutenant Governor**
Vote for Not More than One (1)

### GREEN PARTY BALLOT (G)
(Pink)

**Governor**
Vote for Not More than One (1)
- BREWER, Jim

**Lieutenant Governor**
Vote for Not More than One (1)
- ING, Renee

### NONPARTISAN PARTY BALLOT (N)
(Gray)

**U.S. Senator**
Vote for Not More than One (1)
- AMSTERDAM, C. Kaul Jo

**Governor**
Vote for Not More than One (1)
- CUNNINGHAM, Daniel
- HARA, Bradley
- MATTES, Paul J. (C

**Lieutenant Governor**
Vote for Not More than One (1)
- POWELL, A.J.

**PRE-VOTE W**

Fill out your choi

Political party I a
(choose one only)

U.S. Senate

U.S. House

Governor

Lt. Governor

State Senate

State House

ONT
arty
imaries