Plaintiffs to the Complaint Contesting Matters in the 2006 Primary Election

EXHIBIT B

We the undersigned registerd voters of the State of Hawaii, who voted in the 2006 Primary Election, present this complaint as Plaintiffs contesting the unfair treatment of Candidates of the Non-Partisan Party with claims and the misinforming, misleading, and confusing of the voting public by the Office of Elections of the State of Hawaii in the 2006 Primary Election.

| Names | Address | Phone Number | Signature |
|---|---|---|---|
| Paul Matsueda | 1041 8th Ave | 732-2242 | [signed] |
| ALAN D. STACK | 2121 ALAWAI #3202 | 922-1583 | [signed] |
| ALTON ASAO | 98-239 Pahemo St | 487-2958 | [signed] |
| Garret Ichioka | 1435 Kaloko St. | 447-3833 | [signed] |
| Devin Rotkowski | 936 First St. | 455-8920 | [signed] |
| Madeline Leslie | 1235 Ahiahi St #F | 845-4399 | [signed] |
| Steven Villicana | 1326 Keeaumoku St | 224-6781 | [signed] |
| Kawika Flores | 1576 Murphy St. | 841-6580 | [signed] |
| Pasual G. Actor | 1934 Elymene | 842-4575 | [signed] |
| Emerson R. Cepeda | 91-621 Kilaha St. #44 | 306-4843 | [signed] |
| Barbara Jengle | 44 Akamu Pl | 293-618- | [signed] |

I

| Name | Address | Phone Number/ Signature |
|---|---|---|
| Denise Bui | 94-1144 Heina St. Kaaka St. | 671-3075 Denise Bui |
| Litania Gay-ya | Waipahu, Hi. | 678-9390 |
| Nani Nwanfe | 94-240 Koaei St, Waipahu HI | 671-4934 |
| James R. Carpenter | 5175 John St. Honolulu HI | 373-3721 James Carpenter |
| Joyce A. Morse | 1671 HOOLANA PL. PEARL CITY, HI. - 96782-1630 | Joyce A. Morse |
| Winfred Rohloff | 840 Halekauwila #1108 Honolulu, HI 96813 | 808-223-4418 Winfred Rohloff |
| Rodney S.L. Lum | 922 Kapahulu Ave #205 Hon. Hi. 96816 | |
| Bradley Y. Hijichi | 1120 Hassinger St #202 Hon Hi 96822 | #523-1664 Bradley Y. Hijichi |
| William Paul | [illegible] | [illegible] |
| James Ward | 1630 Liholiho St. 96814 | 808-524-1742 |
| Winifred Gracia | 1150 Kinau St, #309 Hon. Hi | 282-1716 WG |

Continued

2

EXHIBIT B

| Name | Address | Phone Number/ Signature |
|---|---|---|
| FLORDELIZ OLMSTEAD | 1616 Kewalo St. #207 | 531-5812 [signature] |
| Wolfe/K Wong | 1616 Kewalo St. #207 | 531-5812 [signature] |
| RAYMOND OLMSTEAD | 1616 KEWALO #207 | 531-5812 [signature] Raymond Olmstead |
| Bryn Ogata | 1519 Piikoi St. Apt #2 | 521-2486 [signature] |
| Ken Humphries | 91-1016 Pawodi St Kapolei, Hi 96707 | [signature] |
| Terry Marks | 1314 Piikoi St Hono HI 96814 | No Calls [signature] Terry Marks |
| Rowena K. Keaka | 2250 Kaulubau St. Hon. HI 96813-531-0079 | (unlisted) Rowena K. Keaka |
| Donette S. Carlisle | 919B 12TH AVE., Hon., HI 96817 | 735-6014 Donette S. Carlisle |
| Heather Sikas | 1903 Kihi St., Hon HI 96817 | 343-1638 Heather Sikas |
| S. Izamizawa | 3302 Hando Rd, Hon. HI 96822 | 988-7443 [signature] |
| CARL GRUEBL | 1551 S. Beretania #611 Hon Hi 96826 | 955-2491 Carl Gruebl |
| GREG MIKAI | 91-162 Ahole Pl. Ewa Beach HI 96706 | 864-1955 [signature] |
| Laurie Lum | 3330 Moohcay Ave Honolulu, HI 96816 | 295-2661 [signature] |

Continued
3