AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Hawaii

C. KAUI JOCHANAN AMSTERDAM
Candidate for US Senate
         Plaintiff

V.

DWAYNE D. YOSHINA
Chief Elections Officer
for the State of Hawaii
         Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV06 00519 HG BMK

TO: (Name and address of Defendant)

DWAYNE D. YOSHINA
Chief Elections Officer
Elections Office          ALL NAMED DEFENDANTS
802 Lehua Ave.
Pearl City, Hawaii
96782

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C. KAUI JOCHANAN AMSTERDAM
1415 Pensacola St., # 12
Honolulu, Hawaii 96822

an answer to the complaint which is served on you with this summons, within _20/7_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SUE BEITIA                                    OCT 2 4 2006
_____          _____
CLERK                                         DATE

_____
(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

  Executed on _____    _____
                Date              *Signature of Server*

                                  _____
                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.