ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 27 2006

at 3 o'clock and ___ min ___ M
SUE BEITIA, CLERK

C. KAUI JOCHANAN AMSTERDAM
US Senate Candidate
1415 Pensacola St., # 12
Honolulu, Hawaii 96822
Telephone: 808-550-4994
e-mail: charles.amsterdam@
          hawaiiantel.net
TRUDY MILANI TAKAYAMA
Representative
Telephone: 808-959-0132

PRO SE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| C. KAUI JOCHANAN AMSTERDAM<br>Candidate for the US Senate<br><br>    Plaintiff<br><br>vs.<br><br>DWAYNE D. YOSHINA<br>Chief Elections Officer for<br>the State of Hawaii<br><br>    Defendant | CIVIL NO. CV06 00519 HG BMK<br><br>NOTICE OF MOTION AND<br>MOTION FOR PRELIMINARY<br>INJUNCTION; MEMORANDUM IN<br>SUPPORT, DECLARATION,<br>AFFIDAVIT, EXHIBIT A<br>CERTIFICATE OF SERVICE |

NOTICE OF MOTION FOR PRELIMINARY INJUNCTION

TO: DWAYNE D. YOSHINA
    Chief Elections Office for
    the State of Hawaii

      Notice is hereby given that the Plaintiff, C. Kaui Jochanan Amsterdam, hereby moves the Court for a Preliminary Injunction enjoining the Defendant, Dwayne D. Yoshina, his agents and staff et al as prayed for in the Amended Complaint herein and on the grounds therein set forth also on the grounds that unless restrained by this Court Defendant will perform the acts referred to, such actions will result in irreparable harm, loss, and damage to the Plaintiff and beyond, as more particularly appears in the Amended Complaint, Affidavit, and Exhibit



A, Memorandum of Support, Declaration, and associated files and records herein, and the issuance of a Preliminary Injunction herein will not cause undue inconvenience or loss to the Defendant but will prevent irreparable injury to the Plaintiff and beyond.

Notice is given the the Plaintiff will come in for hearing before the Honorable Magistrate Judge Barry M. Kurren in his courtroom as soon as the matter may be heard.

This Motion also is based on all the items previously mentioned and attached to this Motion.

DATED:   Honolulu, Hawaii October 27, 2006

_____
C. Kaui Jochanan Amsterdam
US Senate Candidate
Plaintiff
Pro Se