C. KAUI JOCHANAN AMSTERDAM
US Senate Candidate
1415 Pensacola St., # 12
Honolulu, Hawaii 96822
Telephone: 808-550-4994
e-mail: charles.amsterdam@
       hawaiiantel.net
TRUDY MILANI TAKAYAMA
Representative
Telephone: 808-959-0132
PRO SE

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| C. KAUI JOCHANAN AMSTERDAM Candidate for the US Senate<br><br>       Plaintiff<br><br>    vs.<br><br>DWAYNE D. YOSHINA Chief Elections Officer for the State of Hawaii<br><br>       Defendant | CIVIL NO. CV06 00519 HG BMK<br><br>MOTION FOR PRELIMINARY INJUNCTION |

## MOTION FOR PRELIMINARY INJUNCTION

Comes now Plaintiff, C. Kaui Jochanan Amsterdam, who hereby moves the Court for a Preliminary Injunction enjoining the Defendant, Dwayne D. Yoshina, his agents, and staff as prayed for in the Amended Complaint herein and on the grounds therein set forth also that unless restrained by this Court Defendant will perform the acts referred to and result irreparable harm to the Plaintiff of not being included on the ballot of the 2006 General Election, of being deprived of the opportunity to be a US Senate candidate in the 2006 General Election and being being elected US Senator for Hawaii, of advancing his First Amendment Rights,

as a Native Hawaiian, not being able to serve as a US Senator and meet the important needs of our Hawaiian People and People-at-large of Hawaii Nei, as a Jew, not being able to use the Senate resources to advance the Aloha Spirit and Peace amongst Israel, Palestine, and the Arab nations of the Middle East presently being the only candidate to advance such important and worthwhile goals, and not being deprived of the opportunity as a Senator to make and keep the World a better place in which to live. Such harm is presented in the Amended Complaint, Affidavit, Exhibits, and arguments herein and the likelihood of success on the merits presented herein of the Complaint are very substantial. The argument is presented and supported that the Elections Office of the State of Hawaii listed or designated the Plaintiff as a NONPARTISAN PARTY BALLOT candidate in the 2006 Primary Election, but inconsistently, unfairly, and unreasonably did not treat the candidate as partisan consistent with his listing as a NONPARTISAN PARty Ballot candidate accordingly preventing the candidate from advancing to the 2006 General Election, denying the candidate of his rights pursuant to 28 U.S.C. Section I33I, etc., and causing irreparable harm. Therefore, the Plaintiff humbly asks the Court to sustain his right to be a US Senate candidate listed on the ballot of the 2006 General Election of Hawaii. Support for this request also is demonstrated by Thirty-plus Registerd Voters and Affidavit herein testifying that the listing and treatment of the Plaintiff by the Elections Office is unfair, inconsistent, and unreasonable and had a misinforming, misleading, and confusing impact. Likewise, points of law as presented herein as clarified in the Memoramdum in Support and the Amended Complaint provide support for the Motion for Preliminary Injunction and the

Amended Complaint.

Therefore, the Plaintiff asks the Court for an order enjoining the Defendant from permanent harm against the Plaintiff. This Motion also is based on Rule 7 of the Federal Rules of Civil Procedure and included herein are the associated relevant items providing for the likelihood for success.

DATED: Honolulu, Hawaii October 27, 2006

C. Kaui Jochanan Amsterdam
US Senate Candidate
Pro Se