C. KAUI JOCHANAN AMSTERDAM
US Senate Candidate
1415 Pensacola St., # 12
Honolulu, Hawaii 96822
Telephone: 808-550-4994
e-mail: charles.amsterdam@
        hawaiiantel.net
TRUDY MILANI TAKAYAMA
Representative
Telephone: 808-958-0132

PRO SE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| C. KAUI JOCHANAN AMSTERDAM<br>Candidate for the US Senate<br>　　Plaintiff<br><br>vs.<br><br>DWAYNE D. YOSHINA<br>Chief Elections Officer for<br>the State of Hawaii<br>　　Defendant | CIVIL NO. CV06 00519 HG BMK<br><br>DECLARATION |

## DECLARATION

Comes now Plaintiff, C. Kaui Jochanan Amsterdam, who deposes and says:

1. That I am C. Kaui Jochanan Amsterdam, Plaintiff.
2. That I am a candidate running for the office of US Senator for Hawaii.
3. That my Complaint herein Exhibit A, Amended Complaint for Declaratory and Injunctive Relief, which has been filed with the US District Court District of Hawaii on October 24, 2006 clarifying grievances against the Defendant

4. The Defendant listed the Plaintiff with the NONPARTISAN PARTY BALLOT in the 2006 Primary Election in Hawaii, but unfairly and inconsistently did not treat him as listed and as elaborated in the Amended Complaint and Memorandum in Support.

5. Such unfair and inconsistent treatment also misinfomed, misled, and confused the the voting public as demonstrated in the Affidavit presented herein and the testimony of Thirty plus Registered Voters who voted in the Primary Election and who also signed and participated in the document included in the Amended Complaint, Exhibit B.

6. Likewise, points of law are presented herein to demonstrate that the Elections Office violated points of law in its unfair actions.

7. It is necessary and urgent that the Defendant stop his unfair and hurtful actions to prevent the irreparable harm elaborated on the Motion for Preliminary Injunction, Declaration, and Amended Complaint.

8. The Plaintiff respectfully asks this Court to stop the Defendant from such unjust actions, prevent irreparable harm, and advance the Plaintiff as a candidate on the ballot of the 2006 General Elections of Hawaii.

DATED:       Honolulu, Hawaii  October 27, 2006

*C. Kaui Jochanan Amsterdam*
C. Kaui Jochanan Amsterdam
Candidate for the US Senate
Plaintiff
Pro Se

2