```
C. KAUI JOCHANAN AMSTERDAM
US Senate Candidate
1415 Pensacola St., # 12
Honolulu, Hawaii 96822
Telehone: 808-550-4994
e-mail: charles.amsterdam@
        hawaiiantel.net

TRUDY MILANI TAKAYAMA
Representative
Telephone: 808-959-0132

PRO SE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| C. KAUI JOCHANAN AMSTERDAM<br>Candidate for the US Senate<br>　　　Plaintiff<br><br>　　vs.<br><br>DWAYNE D. YOSHINA<br>Chief Elections Officer for<br>the State of Hawaii<br>　　　Defendant | CIVIL NO. CV06 00519 HG BMK<br><br>AFFIDAVIT OF JAMES WARD |

<u>AFFIDAVID OF JAMES WARD</u>

STATE OF HAWAII　　　)
　　　　　　　　　　　　) SS.
CITY & COUNTY OF HONOLULU )



　　　JAMES WARD, after first being duly sworn, deposes and says as follows:

　　　1. I am a registered voter in Hawaii and voted in 2006 Primary Election.

　　　2. Along with Thirty plus Registered Voters who also voted in the 2006 Primary Election, I afixed my name to the Complaint Contesting Matters in the 2006 Primary Election.

　　　3. I felt confused by the listing of the NONPARTISAN PARTY BALLOT by the Elections Office in the Primary Election.

Such confusion also reflects the outlook of other Thirty plus Registered Voters, who are presented in the Plaintiff's Ammended Complaint, and the Voting Public.

4. My confusion also was advanced because the Plaintiff, who ran unopposed, was listed as a NONPARTISAN PARTY BALLOT candidate and as such should have advanced to the ballot of the General Election as he was listed. Instead, the Elections Office treated him unfairly and inconsistently by not advancing him onward. I felt that the Elections Office, by doing this, misinformed, misled, and confused me, along with other Thirty plus Registered Voters and the Voting Public. The Plaintiff in fairness, consistency, and reason should rightly advance to the ballot of the General Election.

5. The Plaintiff is requesting that this Honorable Court shorten the time within which his Motion for Preliminary Injunction be heard. I support his request. By his Preliminary Injunction Motion Plaintiff is asking that this Honorable Court direct Defendant to cease and desist from such unfair, inconsistent, confusing, and unreasonable treatment resulting in the Plaintiff being denied his right to advance to the ballot of the General Election, losing his civil rights, experiencing injustice, and suffering irreparable harm.

FURTHER AFFIANT SAYETH NAUGHT

_James Ward_
James Ward

Subscribed and sworn to before me this
26th day of October, 2006

NOTARY PUBLIC, State of Hawaii
My Commission Expires: June 17, 2010