CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Motion and Motion for Preliminary Injunction; Memorandum in Support, Declaration, Affidavit, and Exhibit A were duly served upon the following party listed in the manner described thereto, his last-known address this date to:

|  |  |
|---|---|
| Dwayne D. Yoshina<br>Chief Election Officer<br>Elections Office<br>802 Lehua Ave.<br>Pearl City, Hawaii<br>96782 | By Hand Mail<br><br>X |

Dated: Honolulu, Hawaii, October 27, 2006

C. Kaui Jochanan Amsterdam
US Senate Candidate
Pro Se