IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| C. KAUI JOCHANAN AMSTERDAM, Candidate for U.S. Senate for the State of Hawaii<br><br>    Plaintiff,<br><br>vs.<br><br>DWAYNE D. YOSHINA, Chief Election Officer for the State of Hawaii<br><br>    Defendants. | CIVIL NO. CV06 00519 HG/BMK<br><br>DECLARATION OF LORI TOMCZYK |

DECLARATION OF LORI TOMCZYK

I, Lori Tomczyk, pursuant to 28 USC § 17-46 declare as follows:

1. I am a resident of the City and County of Honolulu, State of Hawaii, and am the Ballot Operations Section Head for the Office of Elections for the State of Hawaii;

2. As the Ballot Operations Section Head, I am responsible for the planning, organizing and directing statewide candidate filing, ballot preparation, delivery and collection, and ballot inventory for the State of Hawaii's primary and general elections;

3. The 2006, general election is schedule for Tuesday, November 7, 2006;

4. Approximately 1.3 million ballots have been printed for the General Election;

5. Facilities for polling places statewide have been reserved; and

6. Approximately six thousand contractors and volunteers have been retained to supervise the polls, transport voting machines and ballots, and to assist voters statewide.

I, Lori Tomczyk, declare under penalty of perjury that the forgoing is true and correct.

DATED: Honolulu, Hawaii, November 3, 2006.

_____
Lori Tomczyk