IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| C. KAUI JOCHANAN AMSTERDAM,<br>Candidate for the US Senate,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DWAYNE D. YOSHINA,<br>Chief Elections Officer for the<br>State of Hawaii,<br><br>　　　　　Defendant. | CIVIL NO. CV06 00519 HG/BMK<br><br>DECLARATION OF STEVEN K. CHANG |

DECLARATION OF STEVEN K. CHANG

I, Steven K. Chang, pursuant to 28 USC § 17-46 declare as follows:

1.　　I am an attorney licensed to practice law in the State of Hawaii, and represent Defendant, Dwayne D. Yoshina, in the above-entitled case;

2.　　Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Complaint Contesting the Elections Procedures in Violation of Fair Elections, Voting, and Civil Rights of US Senate candidate C (Charles) Kaui Jochanan Amsterdam and Resulting nfair, Disadvantaged, and Detrimental impacts filed in Amsterdam v. Yoshina, Haw. S. Ct. no. 28159;

3.  Attached hereto Exhibit B is a true and correct copy of the October 3, 2006, Order in <u>Amsterdam v. Yoshina</u>, Haw. S. Ct. no. 28159;

4.  Attached hereto is Exhibit C is a true and correct copy of Plaintiff's October 12, 2006, Motion for Reconsideration filed in <u>Amsterdam v. Yoshina</u>, Haw. S. Ct. no. 28159; and

5.  Attached hereto is Exhibit D is a true and correct copy of the October 24, 2006, Order Denying Reconsideration filed in <u>Amsterdam v. Yoshina</u>, Haw. S. Ct. no. 28159.

I, Steven K. Chang, declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, November 3, 2006.

*[Signature]*
Steven K. Chang