NO 28159

IN THE SUPREME COURT OF THE STATE OF HAWAII

| | |
|---|---|
| C KAUI JOCHANAN AMSTERDAM, Candidate for the US Senate<br><br>    Plaintiff<br><br>vs<br><br>DWAYNE D YOSHINA, Chief Elections Officer for the State of Hawaii<br><br>    Defendant | ORIGINAL PROCEEDINGS<br><br>FILED 2006 SEP 21 PM 3:32<br>K. HAMAKADO<br>CLERK, APPELLATE COURTS<br>STATE OF HAWAI'I |

COMPLAINT CONTESTING THE ELECTIONS PROCEDURES IN VIOLATION OF FAIR ELECTIONS, VOTING, AND CIVIL RIGHTS OF US SENATE CANDIDATE C (CHARLES) KAUI JOCHANAN AMSTERDAM AND RESULTING UNFAIR, DISADVANTAGED, AND DETRIMENTAL IMPACTS.

C KAUI JOCHANAN AMSTERDAM
1415 Pensacola St., # 12
Honolulu, Hawaii 96822
(808) 550-4994

(808) 959-0132
TRUDY MILANI TAKAYAMA
Representative

PRO SE

EXHIBIT A

COMPLAINT CONTESTING THE FAIRNESS OF AN ELECTION

## INTRODUCTION

The complaint protests and contests the unfair treatment of US Senate Candidate C (Charles) Kaui Jochanan Amsterdam by the Office of Elections.

First, Candidate Amsterdam was entered as a non-partisan candidate, meeting all criteria with the required valid signatures of registered voters and filed in a timely manner.

Secondly, the Candidate was entered on the ballot as a party as a bureaucratic procedure and convenience. Being designated within a party category on the ballot, gave the impression to the voting public that Candidate C Kaui Jochanan Amsterdam is a party candidate and has caused confusion amongst the voting public.

Thirdly, Candidate Amsterdam is required to meet requirements beyond those of a regular party by having to get 10% of the total votes cast for the office for which the person is a candidate at the Primary Election; or receive a vote equal to the lowest vote received by the partisan candidate who was nominated in the Primary Election for the office as presented in Part III 12-31 Ballots Selection and Part IV. Elections Results, 12-41 of Hawaii Revised Statutes. Along with such additional requirements, Candidate Amsterdam is restricted from having voters vote for him and any other candidate in another party or vice versa. The voting public is left confused and Candidate Amsterdam is left with an unfair disadvantage.

## BACKGOUND

In discussing this situation with the voting public and media, Candidate C Kaui Jochanan Amsterdam found that most of the voting public and media involved expressed their views that there is a double standard, double jeopardy, and unfair treatment imposed on the plaintiff. Likewise, such voting rights and fairness are being violated. The impact is to disadvantage Candidate Amsterdam, place greater burden on him to receive sufficient votes to pass the Primary Elections and advance the needed goals and service as a US Senator for which he is a candidate in the 2006 Elections.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for relief as follows:

A. That the Hawaii Supreme Court, in this original action, grant the plaintiff and Candidate C Kaui Jochanan Amsterdam the right of a candidate of a party as presented in Part IV Elections Results 12-41 Result of election (a) "The person or persons receiving the greatest number of votes at the primary or special primary as a candidate of a party for an office shall be the candidate of the party at the following general or special election". In other words, C Kaui Jochanan Amsterdam should be given the rights provided to him as he was designated on the ballot before the voting public by the Office of Elections and not be unfairly disadvantaged and burdened by excessive inconsistent criteria due to the Election Office's oversight.

B. That due to the immediate nature of this complaint, an injunction be placed on this Primary Election in order that this complaint can be satisfactorily addressed and fairly resolved.

That this Court grant such and further relief as it shall deem just and proper.

Dated:      Honolulu, Hawaii, September 21, 2006

*C Kaui Jochanan Amsterdam*

C Kaui Jochanan Amsterdam
US Senator Candiate
Pro Se

28159

CERTIFICATE OF SERVICE

I hereby certify that a copy of COMPLAINT CONTESTING THE ELECTIONS PROCEDURES IN VIOLATION OF FAIR ELECTIONS, VOTING, AND CIVIL RIGHTS OF US SENATE CANDIDATE C (CHARLES) KAUI JO-CHANAN AMSTERDAM AND RESULTING UNFAIR, DISADVANTAGED, AND DE-TRIMENTAL IMPACTS was duly served upon following party listed in the manner described thereto, at their last-known address this date to:

|  | By US Mail | By Hand Mail |
|---|---|---|
| Dwayne D Yoshina<br>Chief Elections Officer<br>Elections Office<br>802 Lehua Avenue<br>Pearl City, Hawaii<br>96782 | X | X |

K. HAMAKADO
CLERK, APPELLATE COURTS
STATE OF HAWAII

2006 SEP 21 PM 4:12

FILED

Dated at Honolulu, Hawaii,    September 21, 2006

C. Kaui Jochanan Amsterdam
US Senate Candidate
Pro Se