NO: 28159

## IN THE SUPREME COURT OF THE STATE OF HAWAII

| | |
|---|---|
| C. KAUI JOCHANAN AMSTERDAM<br>Candidate for the US Senate<br><br>    Plaintiff<br><br>    vs.<br><br>DWAYNE D. YOSHINA<br>Chief Elections Officer for the<br>State of Hawaii<br><br>    Defendant | PLAINTIFF'S MOTION FOR<br>RECONSIDERATION; EXHIBIT<br>A, B |

### PLAINTIFF'S MOTION FOR RECONSIDERATION

Plaintiff, C. Kaui Jochanan Amsterdam, hereby presents a motion for reconsideration of complaint filed in the entitled case and for an order to sustain the complaint and advance the Plaintiff to be on the General Election Ballot as a candidate for the US Senate. This motion is made pursuant to Rule 40(a)(b) et al, Hawaii Rules of Civil Procedure and is made with particularity the points of law or fact the court may have overlooked or misapprehended, together with a brief argument on the points raised and supported herewith by the Plaintiff's declaration to the effect that such a motion is presented in good faith and not for the purpose of delay.

Dated:    Honolulu, Hawaii, October 12, 2006

_____
C. Kaui Jochanan Amsterdam
Candidate for the US Senate
PRO SE

EXHIBIT C

NO: 28159

IN THE SUPREME COURT OF THE STATE OF HAWAII

| | |
|---|---|
| C. KAUI JOCHANAN AMSTERDAM<br>Candidate for the US Senate<br>      Plaintiff<br><br>vs.<br><br>DWAYNE D. YOSHINA<br>Chief Elections Officer for the<br>State of Hawaii<br>      Defendant | PLAINTIFF'S MOTION FOR<br>RECONSIDERATION, EXHIBIT<br>A, B |

PLAINTIFF'S MOTION FOR RECONSIDERATION

MEMORANDUM IN SUPPORT
OF PLAINTIFF'S MOTION FOR RECONSIDERATION


C. KAUI JOCHANAN AMSTERDAM
1415 Pensacola St., # 12
Honolulu, Hawaii 96822
(808) 550-4994

TRUDY MILANI TAKAYAMA
Representative
(808) 959-0132

PRO SE

NO. 28159

IN THE SUPREME COURT OF THE STATE OF HAWAII

| | |
|---|---|
| C. KAUI JOCHANAN AMSTERDAM<br>Candidate for the US Senate<br>      Plaintiff<br>vs.<br>DWAYNE D. YOSHINA<br>Chief Elections Officer for the<br>State of Hawaii<br>      Defendant | PLAINTIFF'S MOTION FOR<br>RECONSIDERATION, EXHIBIT<br>A, B |

## MEMORANDUM OF
## PLAINTIFF'S MOTION FOR RECONSIDERATION

I. INTRODUCTION

The Plaintiff, C. Kaui Jochanan Amsterdam, along with some other similar candidates, was listed on the NONPARTISAN PARTY BALLOT by the Elections Office for the 2006 Primary Election as shown in Exhibit A herein.

When the Plaintiff, C. Kaui Jochanan Amsterdam, (herewith Plaintiff) asked the Elections Office why such a listing was used, he was directed to the Defendant's Attorney, who said it was used for "Bureaucratic convenience". While such use may have been convenient for the Elections Office, it was misinforming, misleading, and confusing for the voting public, contraindicated by points of law, inconsistent with basic reasoning, and mistakingly used by the Elections Office.

2. ARGUMENT

Points of law or case law demonstrate that the Elections Office's listing of the NONPARTISAN PARTY BALLOT was contraindicated.

First, the case of In Re Kelly's Nomination, 24 Pa. D. 205, Pa. com. Pl. 1914, established that non-partisan candidates should be listed on a Non-Partisan Primary Ballot and not a Non-Partisan Party Ballot. Accordingly, in listing non-partisan candidates on a NONPARTISAN PARTY BALLOT, Hawaii's Election

Office mistakeningly violated proper listing procedure.

Secondly, in the case of Davis vs State Election Bd. of Oaklahoma, 762p. 2d. 932, Okl. 1988 (Sept. 13, 1988), the court recognized in Section 5-105(A) that "candidate cannot be partisan and non-partisan at the same time". Accordingly, since he was listed by the Elections Office on the NONPARTISAN PARTY BALLOT, the Plaintiff was party affilated, thereby partisan, and should reasonably treated as such; otherwise, the candidate is what the court says he cannot be- partisan and non-partisan at the same time. Because the Office of Elections did what the court said not to do, it created a situation, which was inconsistent with basic reasoning. Such a situation accordingly, misinformed, misled, and confused the voting public. Such a misinforming, misleading, and confusing situation is atested to by a current complaint filed with the Supreme Court of Hawaii by Daniel Cunningham and Thirty Registered Voters, who voted in the current 2006 Primary Election of Hawaii, in which the Thirty Registered Voters atest that they were misinformed, misled, and confused by the NONPARTISAN PARTY BALLOT, as presented in their complaint NO. 28182 IN THE SUPREME COURT OF THE STATE OF HAWAII, See Exhibit B.

Thirdly, in the case of State v Torgerson, 57, N.D. 152, 220 N.W. 834, N.D. 1928 (July 28, 128), the court ruled that that the use of the word "Party" is crucial and sufficient in changing or eliminating requirements for non-partisan candidates. According to the court,

> In view of the policy clearly indicated in the
> general primary law to leave little room for
> the exercise of discretion by ministerial of-
> ficers and to place upon aspirants for offices
> the duty of compliance with definite measure
> of sufficiency, we are of the opinion that
> the regulation and the measure of sufficiency
> contained in the general primary law remain
> applicable to the nonpartisan primary, modi-
> fied only by a prohibition of the mention of

3

>party affiliation of the candidate, which
>by necessary implication, in considering
>the number of petitions, also eliminates
>the 5 per cent requirement based upon
>the total vote cast for the candidate of
>the party with which the aspirant affil-
>iates.

Accordingly, by its use of the term "Party" in the NONPARTISAN PARTY BALLOT, the Elections Office eliminated the ten per cent of the total votes cast for the office or vote equal to the lowest vote of a partisan candidate requirements pursuant to Part IV. Haw.Rev.Stat., Election Results, 12-41Results of Elections (b) and instead applied (a) in which a person or persons receiving the greatest number of votes at the primary or special election of a candidate of a party for an office shall be the candidate of the party at the general or special election. Therefore, being unopposed and receiving the greatest number of votes at the primary or speical election as a candidate of the NONPARTISAN PARTY BALLOT for the office of US Senator, the Plaintiff shall be the candidate on the NONPARTISAN PARTY BALLOT at the general or special election of 2006 for which the Plaintiff humbly asks the Supreme Court of the State of Hawaii to sustain.

Finally, in the case of <u>In Re Kay 508 So. 2d 329, Fla., 1987 (June 04, 1987)</u>, when similar ballots were used to make them appear the same, such similarity or giving appearance that partisan Democratic or Republican parties endorsed candidacy in a non-partisan race, warrants public reprimand and a reprimand was ordered by the Supreme Court. Accordingly, by it giving appearance or similarity to partisan and non-partisan candidates alike under a party label as demonstrated in Exhibit A, the Elections Office advanced the same censored, contraindicated action, which resulted in the reprimand of the Supreme Court of Florida.

3. <u>PRAYER AND RELIEF</u>

Wherefore, the Plaintiff pursuant to 11-172, Haw. Rev. Stat. has set forth causes that could cause a difference in the election results due to the actions of the Elections Office mistakening using a NONPARTISAN PARTY BALLOT at odds or in contraindication

4

to points of law or case law, inconsistent with basic reasoning, and misinforming, misleading, and confusing for the voting public. Being Native Hawaiian and a descendant of the Kalakaua line, which dedicated, and Kamehameha V, Lot Kapuaiwa, who built Aliiolani Hale, the Supreme Court Building, I express a heart felt "Mahalo" for the Supreme Court of the State of Hawaii's consideration of the Plaintiff's Motion for Reconsideration and also pray for relief as follows:

A. That based on points of law, reasoning, evidential knowledge, and all the above, the Court sustain the Plaintiff's Motion for Reconsideration.

B. That the Plaintiff's complaint be sustained and having been listed on the NONPARTISAN PARTY BALLOT be consistently treated and sustained as such consistent also with points of law or case law and as such advanced to the NONPARTISAN PARTY BALLOT of the General Election.

C. That the Court consider the Plaintiff's important and worthwhile goals to meet the needs of our Hawaiian People and People-at-large of Hawaii Nei, the United States, and the World and particularly being a Hawaiian Jew to advance the Aloha Spirit and Peace in the Middle East, which no candidates have pledged.

D. That the Court grant such and further relief as it shall deem just and proper.

Dated: Honolulu, Hawaii, October 12, 2006

_____
~~G.~~ Keui Jochanan Amsterdam
US Senator Candidate
Pro Se

5

EXHIBIT A

**PRIMARY**
visit HONOLULUADVERTISER.COM

# you need to know

**STATE HOUSE | McCUL**
**URBAN | NYAAN**

RATION

## OFFICIAL PRIMARY BALLOT CARD

| B | | C |

### DEMOCRATIC PARTY BALLOT (D) (Purple)

**U.S. Senator**
Vote for Not More than One (1)
- AKAKA, Daniel
- CASE, Ed

**U.S. Representative**
Vote for Not More than One (1)
- ABERCROMBIE, Neil
- KAAN, Alexandria

**Governor**
Vote for Not More than One (1)
- AILA, William J., Jr.
- IWASE, Randy
- TANABE, Van K.

**Lieutenant Governor**
Vote for Not More than One (1)
- HENKIN, David L.
- MOOK, Michael (Manu)
- SHIRATORI, Miles
- SOLOMON, Malama

**State Representative**
Vote for Not More than One (1)
- TAKUMI, Roy M.

### LIBERTARIAN PARTY BALLOT (L) (Green)

**U.S. Senator**
Vote for Not More than One (1)
- MALLAN, Lloyd Jeffrey

**Governor**
Vote for Not More than One (1)
- DANIEL, Ozell

**Lieutenant Governor**
Vote for Not More than One (1)
- ZHAO, Li

### GREEN PARTY BALLOT (G) (Tan)

**Governor**
Vote for Not More than One (1)
- BREWER, Jim

**Lieutenant Governor**
Vote for Not More than One (1)
- ING, Renee

### REPUBLICAN PARTY BALLOT (R) (Yellow)

**U.S. Senator**
Vote for Not More than One (1)
- BEATTY, Mark
- COFFEE, Jerry
- COLLINS, Chas (Akacase)
- FRIEDHEIM, Jay
- PIRKOWSKI, Edward (Eddie)
- TATAII, Steve

**U.S. Representative**
Vote for Not More than One (1)
- HOUGH, Richard (Noah)
- TERRY, Mark

**Governor**
Vote for Not More than One (1)
- BERISH, George L.
- LINGLE, Linda
- MANNER, Paul
- PEABODY, George

**Lieutenant Governor**
Vote for Not More than One (1)

### NONPARTISAN PARTY BALLOT (N) (Gray)

**U.S. Senator**
Vote for Not More than One (1)
- AMSTERDAM, C. Kaui Jo

**Governor**
Vote for Not More than One (1)
- CUNNINGHAM, Daniel
- HARA, Bradley
- MATTES, Paul J. (Co

**Lieutenant Governor**
Vote for Not More than One
- POWELL, A.J.

### BOARD OF EDUCATION
First School Board District
(City & County of Honolulu)
**6th Departmental School District Seat**
(Windward)
Vote for Not More than One (1)
- DeREGO, Kris
- PENEBACKER, John R.
- VIERLING, PAUL

**No Departmental School District Residency**
Vote for Not More than Three (3)
- BASS, Michael
- CHING, Darwin L.D.
- GOLOJUCH, Carolyn Martinez
- HOEFT, Henry W., Jr.
- IKEDA, Donna R.
- IWAMOTO, Kim Coco
- KESSLER, Brian
- KIRKPATRICK, Malcolm
- KNUDSEN, Karen
- LEE, Philmund (Phil)
- LINVILLE, Marcia
- McDERMOTT, Bob
- SKILLING, Liam
- STONE, Nancy J. (Pohaku)
- TOM, Terrance W.H.
- TSCHUMY, Ruth
- YAMANE, Brian Y.

**PRE-VOTE W**
Fill out your choi

Political party I a
(choose one only)

U.S. Senate

U.S. House

Governor

Lt. Governor

State Senate

State House

INT

arty
imaries

Plaintiffs to the Complaint Contesting
Matters in the 2006 Primary Election

## EXHIBIT B

We the undersigned registerd voters of the State of Hawaii, who voted in the 2006 Primary Election, present this complaint as Plaintiffs contesting the unfair treatment of Candidates of the Non-Partisan Party with claims and the misinforming, misleading, and confusing of the voting public by the Office of Elections of the State of Hawaii in the 2006 Primary Election.

| Names | Address | Phone Number | Signature |
|---|---|---|---|
| Paul Matsueda | 1041 8th Ave | 732-2242 | (signed) |
| Alan D. Stack | 2121 Alawai #3202 | 922-1583 | (signed) |
| Alton Asad | 98-239 Pahemo St | 487-2958 | (signed) |
| Garvef Ichioka | 1435 Kuloko St. | 847-3833 | (signed) |
| Devin Rutkouski | 936 First St. | 455-8920 | (signed) |
| Madeline Leslie | 1235 Aliiahi St #F | 845-4399 | (signed) |
| Steven Villicana | 1326 Keeaumoku St | 224-6781 | (signed) |
| Kawika Flores | 1576 Murphy St. | 841-6880 | (signed) |
| Pascual G. Acron | 1934 Elywene | 842-4475 | (signed) |
| Emerson R. Esposo | 91-621 Kilaha St #44 | 706-4873 | (signed) |
| Barbara Jezyle | 44 Akamu Pl | 293-3618 | (signed) |

I

| Name | Address | Phone Number/ Signature |
|---|---|---|
| Denise Bui | 94-1144 Heina St. | 671-3015 /s/ Denise Bui |
| Litania Gay-ya | Kaaka St. Waipahu, HI | 678-9390 /s/ |
| Nani Nwaneri | 94-240 Heoneri St, Waipahu HI | cell 429324 /s/ |
| James R. Cayponta | 5175 John St. Honolulu HI | 373-3721 /s/ James R. Cayponta |
| Joyce A. Morse | 1671 Hoolana Pl. Pearl City, HI - 96782-1630 | /s/ Joyce A. Morse |
| Winfred Rohloff | 840 Halekauwila #1108 Honolulu, HI 96813 | 808-223-6418 /s/ Winfred Rohloff |
| Rodney S.L. Lum | 922 Kapahulu Ave #205, Hon. HI 96816 | /s/ |
| Bradley Y. Hyuhi | 1120 Hassinger St #202, Hon HI 96822 | #523-1664 /s/ Bradley Y. Hyuhi |
| (illegible) | (illegible) | (illegible) |
| James Ward | 1630 Liholiho St. 96814 | 808-524-1742 /s/ |
| Winifred Gracia | 1150 Kinau St. #309 Hon. HI | 282-1716 /s/ WG |

Continued
2

EXHIBIT B

| Name | Address | Phone Number/ Signature |
|------|---------|------------------------|
| FLORDELIZ OLMSTEAD | 1616 Kewalo St. #207 | 531-5812 /s/ |
| Wolfe K Wong | 1616 Kewalo St. #207 | 531-5812 /s/ |
| RAYMOND OLMSTEAD | 1616 KEWALO #207 | 531-5812 /s/ Raymond Olmstead |
| Bryn Ogata | 1519 Piikoi St. Apt #2 | 521-2486 /s/ |
| Ken Humphries | 91-1016 Pokawel. Pl Kapolei, HI 96707 | /s/ |
| Terry Marks | 1314 Piikoi St Hono HI 96814 | No Calls /s/ Terry Marks |
| Rawena K. Keaka | 2250 Kaulubaau St, Hon. HI 96813 | 531-0079 (unlisted) /s/ Rowena K. Keaka |
| Donette S. Carlisle | 919B 12TH AVE., Hon., HI 96817 | 735-6014 /s/ Donette S. Carlisle |
| Heather Sikas | 1903 Kihi St., Hon HI 96817 | 343-1638 /s/ Heather Sikas |
| S. Izumizaki | 3301 Manoa Rd. Hon., Hi 96822 | 988-7493 /s/ |
| CARL GRUEBL | 1551 S. Beretania #611 Hon Hi 96826 | 955-2491 /s/ Carl Gruebl |
| GREG MUKAI | 91-102 Ahole Pl. Ewa Beach HI 96706 | 864-1955 /s/ Greg S. Mukai |
| Laurie Lum | 3330 Mookay Ave Honolulu, HI 96816 | 295-2661 /s/ Laurie Lum |

Continued
3

CERTIFICATE OF SERVICE

I hereby certify that a copy of PLAINTIFF'S MEMORANDUM was duly served upon the following party listed in the manner described thereto, their last-known address this date to:

|  | By US Mail | By Hand Mail |
|---|---|---|
| Dwayne D Yoshina<br>Chief Elections Officer<br>Elections Office<br>802 Lehua Ave.<br>Pearl City, Hawaii<br>96782 |  | X |

Dated at Honolulu, Hawaii, October 12, 2006.

_____
C Kaui Jochanan Amsterdam
US Senate Candidate
Pro Se