NO. 28159

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

C. KAUI JOCHANAN AMSTERDAM, Candidate for the U.S. Senate,
Petitioner

vs.

DWAYNE D. YOSHINA, Chief Elections Officer
for the State of Hawai‘i, Respondent

ORIGINAL PROCEEDING

ORDER DENYING RECONSIDERATION
(By: Moon, C.J., Levinson, Nakayama, Acoba, and Duffy, JJ.)

Upon consideration of Petitioner C. Kaui Jochanan Amsterdam's motion for reconsideration and the record,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai‘i, October 24, 2006.

C. Kaui Jochanan
Amsterdam, petitioner
*pro se*, on the motion

**EXHIBIT D**