IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| C. KAUI JOCHANAN AMSTERDAM,<br>Candidate for the US Senate,<br><br>Plaintiff,<br><br>vs.<br><br>DWAYNE D. YOSHINA,<br>Chief Elections Officer for the<br>State of Hawaii,<br><br>Defendant. | CIVIL NO. CV06 00519 HG/BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify, a true and correct copy of the foregoing document was duly served on November 3, 2006, upon the following individual(s) by U.S. Mail.

C. KAUI JOCHANAN AMSTERDAM
1415 Pensacola Street, #12
Honolulu, Hawaii  96822
Ph: (808) 550-4994
E-Mail:  charles.Amsterdam@
hawaiiantel.net

DATED:  Honolulu, Hawaii, November 3, 2006.

_____
STEVEN K. CHANG