ORIGINAL    CV-06-519

%AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | September 22, 2006 / Nov. 03, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Shirley Momi Mei Ling Rosenbush | ~~Executive Secretary~~ Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Dwayne D Yoshina, Chief Election Officer, Election Office, 802 Lehua Avenue, Pearl City, Hawaii 96782

~~Attorney General, Mark Bennett, Office of Attorney General, Hawaii, 425 Queen St, Hon., HI, 96813~~

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

Stet

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 22, 2006    Shirley M Rosenbush
         Date                     Signature of Server

1509 Pensacola St. B4
Honolulu Hawai'i 96823
Address of Server

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 06 2006

at __ o'clock and 20 min. PM
SUE BEITIA, CLERK

November 03, 2006  Shirley M. Rosenbush

I, Shirley Rosenbush, served the original complaint to Dwayne D. Yoshina, at Elections Office on Lehua Street received by Carolyn/Diane on November 3, 2006.

November 06, 2006  Shirley M. Rosenbush

Stet

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Hawaii

C (CHARLES) KAYI JOCHANAN AMSTERDAM
Candidate for US Senate
Plaintiff
v.
- Dwayne D Yoshina, Chief Election Officer for the State of Hawaii,
- Attorney General Mark Bennett, Attorney General office State of Hawaii
Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV 06 00519 HG BMK

TO: (Name and address of Defendant)

ALL NAMED DEFENDANTS

- Dwayne D Yoshina
Chief Election Officer
Elections Office
802 Lehua Avenue
Pearl City, Hawaii 96782
- Attorney General Mark Bennett
Office of Attorney General of Hawaii
425 Queen St. 1st Floor, Hon. HI 96813

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C (Charles) Kayi Jochanan Amsterdam
1415 Pensacola St. #12
Honolulu, Hawaii 96822

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SUE BEITIA                                                  SEP 22 2006
CLERK                                                       DATE

/s/ Laila Geronimo
(By) DEPUTY CLERK


(SEAL)