AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| C. KAUI JOCHANAN AMSTERDAM, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CIVIL 06-00519HG-BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| DWAYNE D. YOSHINA, et al., | November 8, 2006 |
| Defendants. | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[✓] **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

Pursuant to the Minute Order entered by Chief U.S. District Judge Helen Gillmor on November 6, 2006, IT IS ORDERED AND ADJUDGED that:

- Plaintiff's Notice of Motion and Motion for Preliminary Injunction, filed October 27, 2006, is DENIED, and

- Plaintiff's Amended Complaint for Declaratory and Injunctive Relief, filed October 24, 2006, is DISMISSED WITH PREJUDICE.

| | |
|---|---|
| November 8, 2006 | SUE BEITIA |
| Date | Clerk |
| | _[signature]_ |
| | (By) Deputy Clerk |